IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MENDO ROMAN LOVE, | ) |
| Plaintiff, | ) Civil Action No. 17-746 |
| | ) Judge David Stewart Cercone |
| v. | ) Chief Magistrate Judge Maureen P. Kelly |
| WILLIAM P. MULLEN, *Sheriff* and GREG RENKO, *# 42742, Allegheny County Police Dept.*, | ) Re: ECF Nos. 15 and 19 |
| Defendants. | ) |

**ORDER**

AND NOW, this 21st day of February, 2018, after Plaintiff Mendo Roman Love ("Plaintiff") filed an action in the above-captioned case, and after Motions to Dismiss were filed by Defendants William P. Mullen and Greg Renko ("Defendants"), ECF Nos. 15 and 19, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge, ECF No. 24, and after no Objections to the Report and Recommendation were filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motions to Dismiss, ECF No. 15 and 19, are GRANTED with prejudice.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order, a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

*/s/ DS Cercone*
David Stewart Cercone
Senior United States District Judge

cc: The Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Mendo Roman Love
#A681-444
Lake Erie Correctional Institution
501 Thompson Road
Post Office Box 8000
Conneaut, OH 44030
(*Via First Class Mail*)

Lisa G. Michel, Esquire
Lee M. Dellecker, Esquire
(*Via CM/ECF Electronic Mail*)